

EXHIBIT C

## EXHIBIT IV.

### PERSONAL LEASE GUARANTY

Business Aircraft Leasing, Inc.
Lessor

404 BNA Drive, Suite 305
Address

Nashville          TN          37217
City               State       Zip

Re: Aircraft Lease

THE MIRACLE ARENA
Lessee

97 CACHET HILL CREST, ON L4H 156
Address

ON L4H 156
City               State       Zip

Name and Date of Lease: Lease of British Aerospace HA-125-800A, serial number NA-0401 (258100), FAA registration number N180NE dated September 4, 2015

Each of us severally requests you as lessor to enter into certain lease agreement with the above-named lessee, dated as set forth above, and to induce you to do so and in consideration thereof and of benefits to accrue to each of us therefrom each of us, as a primary obligor, jointly, severally and unconditionally guarantees to you that the lessee will fully and promptly pay, when due, every rental installment and all other sums payable under such lease and perform all of lessee's present and future obligations to you under this lease, as the same may be modified, amended or extended, irrespective of any invalidity or unenforceability of any such obligation or the insufficiency, invalidity or unenforceability of any security therefor; and agrees, without your first having to proceed against the lessee or to liquidate the lease agreement or the leased property, to pay on demand the entire unpaid balance of the rentals and any other amounts due under said lease and to become due you from the lessee and all losses, costs, attorneys' fees or expenses which may be suffered by you by reason of lessee's default or default of any of the undersigned; and agrees to be bound by and on demand to pay any deficiency established by a sale of the lease and/or the leased property, with or without notice to us. This guaranty is an unconditional guarantee of payment and performance. No guarantor shall be released or discharged, either in whole or in part, by your failure or delay to perfect or continue the perfection of any security interest in any property which secures the obligations of lessee or any of us to you, or to protect the property covered by such security interest.

No termination hereof shall be effected by the death of any or all of us. No termination shall be effective except by notice sent to you by certified mail return receipt requested naming a termination date effective not less than 90 days after the receipt of such notice by you; or

If a claim is made upon you at any time for repayment or recovery of any amount(s) or other value received by you, from any source, in payment of or on account of any of the obligations of the lessee guaranteed hereunder and you repay or otherwise become liable for all or any part of such claim by reason of:

(a) any judgment, decree or order of any court or administrative body having competent jurisdiction; or

(b) any settlement or compromise of any such claim,

we shall remain jointly and severally liable to you hereunder for the amount so repaid or for which you are otherwise liable to the same extent as if such amount(s) had never been received by you, notwithstanding any termination hereof or the cancellation of any note or other agreement evidencing any of the obligations of the lessee.

This guaranty shall bind our respective heirs, administrators, representatives, successors, and assigns, and shall inure to your successors and assigns, including, but not limited to, any party to whom you may assign such lease, we hereby waive notice of any such assignment. All of your rights are cumulative and not alternative.

By execution of this guaranty each guarantor hereunder agrees to waive all rights to trial by jury in any action, proceeding, or counterclaim on any matter whatsoever arising out of, in connection with, or related to this guaranty.

This guaranty is made and shall be construed under the laws of the State of Tennessee.

Dated: _____ 2016

Kofi Danso /Miracle Arena_____ Individually
(Name) Martin Kofi Danso
(Home Address) 97 Cachet Hill Crest
(Home Phone Number): 647-404-6191
(Mobile Phone Number): _____
(Office Phone Number): 800-807-7617
(Social Security Number): _____
(Date of Birth): 12/02/1982
(Driver's License State and Number): CAN PASSPORT HK018138

Witness _Ronald May_____
Witness Name: Ronald May
Home Address 6988 Halcyon Park Drive
Montgy, AL 36117

AIRCRAFT LEASE AGREEMENT

THIS AIRCRAFT LEASE AGREEMENT (the "Agreement") is made this ___ day of January 2015 between MIRACLE ARENA, a Canadian corporation whose address is 97 Cachet HillCrest, Woodbridge, ON L4H 1S6 the "Lessee") and BUSINESS AIRCRAFT LEASING, INC., a Tennessee corporation whose address is 404 BNA Drive, Suite 305, Nashville, TN 37027 (the "Lessor").

A. Lessor is the owner of the following Aircraft (the "Aircraft"):

Manufacturer: British Aerospace
Model: HA-125-800A
Serial Number: NA-0401 (258100)
Registration Number: N180NE
Engine Make and Model: Garrett TFE731-5R-1H
Engine Serial Number: P-91311 and P-91312
APU Make and Model: Sundstrand T61-40C8D-1
APU Serial Number: K00027

Together with all attachments, accessories, appliances, alterations, additions, substitutions, instruments, avionics and other miscellaneous equipment as more specifically set forth in Schedule A, attached hereto and incorporated herein by this reference, all of which are included in the term "Aircraft", set forth in this Agreement.

B. Lessee desires to lease the Aircraft from Lessor, and Lessor is willing to lease the Aircraft to Lessee, for the term and purposes, and on the terms and conditions, set forth in this Agreement.

NOW THEREFORE, Lessor and Lessee agree as follows:

1. <u>Use of Aircraft</u>. Lessor hereby grants to Lessee the right to use the Aircraft on the terms and conditions set forth in this Agreement.

2. <u>Term</u>. The term of this Agreement shall commence on January 1, 2015 and shall continue until January 31, 2018 (the "Lease Term").

3. <u>Payments to Lessor</u>.

(A) Lessee shall pay Lessor prior to the commencement date stated in Section 2 above an initial rent payment in the amount of One Hundred Fifty Thousand U.S. Dollars ($150,000.00) ("Deposit/Initial Rent Payment"). Rent payments for subsequent months shall be Five Thousand U.S. Dollars ($5,000.00) (the "Rent") without demand, offset, deduction or counterclaim on or before the first day of each month. Notwithstanding the foregoing, if the commencement date is not on the first day of the month, then the second month's Rent payment shall be prorated. (Difference to be supplanted) The Rent payment entitles Lessee to no more than thirty (30) hours per month. For every hour flown over the thirty hours per month, Lessee will reimburse Lessor an additional Five Hundred U.S. Dollars ($500.00) ("Excess Utilization Charges"). Said Excess Utilization Charges are payable within ten (10) days after the end of each month. **Lessee shall have the right to purchase the aircraft at end of the term for an approximate amount of $177,000.00.**

Scanned by CamScanner

IN WITNESS WHEREOF, Lessor and Lessee have caused this Agreement to be duly executed by their respective officers or representatives thereunto duly authorized as of the day and year first above written.

| LESSEE: | LESSOR: |
|---|---|
| MIRACLE ARENA | BUSINESS AIRCRAFT LEASING, INC. |
| By: _____ | By: _____ |
| Print Name: KOFI DANSO | Print Name: _____ |
| Title: SENIOR PASTOR | Title: _____ |

Scanned by CamScanner