UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BUSINESS AIRCRAFT LEASING, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 3:16-cv-01577 ) JUDGE CRENSHAW ) |
| BRIAN CARN MINISTRIES, INC., *et al.*, | ) ) ) |
| Defendants. | |

## SHOW CAUSE ORDER

Plaintiff alleges that the Court has jurisdiction in this case because there is complete diversity of the parties involved, pursuant to 28 U.S.C. § 1332. (Doc. No. 22 at 3.) However, "in a case in which a limited liability company is a party, the [C]ourt needs to know the citizenship of each member of the company. And because a member of a limited liability company may itself have multiple members—and thus may itself have multiple citizenships—the federal court needs to know the citizenship of each 'sub-member' as well." Delay v. Rosenthal Collins Grp., LLC, 585 F.3d 1003, 1005 (6th Cir. 2009).

Defendant Apollo Flight Training & Aircraft Management, LLC, is **ORDERED** to provide the citizenship of each of its members and sub-members on or before September 2, 2016.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE