# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BUSINESS AIRCRAFT LEASING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN CARN MINISTRIES, INC.; MIRACLE ARENA FOR ALL NATIONS; BRIAN CARN; MARTIN KOFI DANSO; RONALD E. MAYS; CITY JET, INC.; MICHAEL CARASTRO; and APOLLO FLIGHT TRAINING & AIRCRAFT MANAGEMENT, LLC d/b/a APOLLO AVIATION, <br><br> Defendants. | CASE NO. 3:16-cv-01577 <br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Joe Brown <br><br> Related to Docket No. 23 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.02, Apollo Flight Training & Aircraft Management, LLC, a Mississippi limited liability company ("AFTAM") makes the following disclosures:

1. The identity of any parent corporation: **None**.

2. The identity of any publicly held corporation owning 10% or more of AFTAM's stock: **None**

3. Mr. Lee Owen, an individual residing in Gulf Shores, Alabama, is the sole owner and member of AFTAM.

August 24, 2016.
                                                        Respectfully submitted,

                                                        /s/ Madison L. Mitchell
                                                        Madison L. Mitchell, BPR No. 24027
                                                        Burr & Forman, LLP
                                                        511 Union Street, Suite 2300
                                                        Nashville, TN 37219
                                                        (615) 724-3242
                                                        mlmitchell@burr.com
                                                        *Counsel for AFTAM*

28104025 v1

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing Corporate Disclosure Statement was filed with the Court's ECF/CM system, and should be served by means of the same upon all interested parties this the 24th day of August, 2016.

                                                /s/ Madison L. Mitchell