UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BUSINESS AIRCRAFT LEASING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN CARN MINISTRIES, INC.; MIRACLE ARENA FOR ALL NATIONS; BRIAN CARN; MARTIN KOFI DANSO; RONALD E. MAYS; CITY JET, INC.; MICHAEL CARASTRO; and APOLLO FLIGHT TRAINING & AIRCRAFT MANAGEMENT, LLC d/b/a APOLLO AVIATION,<br><br>    Defendants. | CASE NO. 3:16-cv-01577<br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Joe Brown |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.02, City Jet, Inc., an Alabama corporation ("CJI") makes the following disclosures:

1. The identity of any parent corporation: **None**.

2. The identity of any publicly held corporation owning 10% or more of CJI's stock: **None.**

August 25, 2016.                               Respectfully submitted,

                                                        /s/ Madison L. Mitchell
                                                        Madison L. Mitchell, BPR No. 24027
                                                        Burr & Forman, LLP
                                                         511 Union Street, Suite 2300
                                                        Nashville, TN 37219
                                                         (615) 724-3242
                                                        mlmitchell@burr.com
                                                         *Counsel for CJI*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Corporate Disclosure Statement was filed with the Court's ECF/CM system, and should be served by means of the same upon all interested parties this the 25th day of August, 2016.

                                                                                     /s/ Madison L. Mitchell

28106305 v1