UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BUSINESS AIRCRAFT LEASING, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRIAN CARN MINISTRIES, INC.; MIRACLE ARENA FOR ALL NATIONS; BRIAN CARN; MARTIN KOFI DANSO; RONALD E. MAYS; CITY JET, INC.; MICHAEL CARASTRO; and APOLLO FLIGHT TRAINING & AIRCRAFT MANAGEMENT, LLC d/b/a APOLLO AVIATION, <br><br> Defendants. | CASE NO. 3:16-cv-01577 <br> Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Joe Brown <br><br> Related to Docket No. 23 & 24 |

## AFTAM'S RESPONSE TO ORDER TO SHOW CAUSE

Defendant Apollo Flight Training & Aircraft Management, LLC ("AFTAM") hereby responds that it is a Mississippi limited liability company with its principal place of business in Mississippi. As disclosed in its Corporate Disclosure Statement filed herein on August 24, 2016 (Docket No. 24), AFTAM's sole member is Mr. Lee Owen, an adult individual citizen and resident of Gulf Shores, Alabama.

September 7, 2016.                    Respectfully submitted,

/s/ Madison L. Mitchell
Madison L. Mitchell, BPR No. 24027
Burr & Forman, LLP
511 Union Street, Suite 2300
Nashville, TN 37219
(615) 724-3242; mlmitchell@burr.com
*Counsel for AFTAM*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Response to Order to Show Cause* was filed with the Court's ECF/CM system, and should be served by means of the same upon all interested parties this the 7th day of September, 2016.

/s/ Madison L. Mitchell
Madison L. Mitchell