IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BUSINESS AIRCRAFT LEASING, INC., | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| BRIAN CARN MINISTRIES, INC.; MIRACLE ARENA FOR ALL NATIONS; BRIAN CARN; MARTIN KOFI DANSO; RONALD E. MAYS; CITY JET, INC. MICHAEL CARASTRO; and APOLLO FLIGHT TRAINING & AIRCRAFT MANAGEMENT, LLC d/b/a APOLLO AVIATION, | ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 3:16-cv-01577 |
| Defendants. | ) | |

## AMENDED DECLARATION OF MARTIN KOFI DANSO IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, Martin Kofi Danso, hereby declare and state the following in support of Defendant's Motion to Dismiss:

1.

My name is Martin Kofi Danso. I am over the age of 21 years and I am competent to give this declaration. My home address is 97 Cachet Hill Crescent, Woodbridge, ON L4H 1S6 and I am a citizen of Canada. I am giving this declaration for all purposes authorized by law.

1

2.

I have never been in the United States of America. I have applied for a visa waiver for entry into the United States of America, but that visa waiver has not been granted as of this time.

3.

I do not own any property in the State of Tennessee, and I have never availed myself of the privileges or benefits of the laws of the State of Tennessee.

4.

I did not sign the Aircraft Lease Agreement dated September 4, 2015 attached to the Complaint as Exhibit A, and I am not a party to that Agreement.

5.

I did not sign the Guaranty to the September 4, 2015 Aircraft Lease Agreement, attached as Exhibit C to the Complaint and the Amended Complaint. The printed handwriting on Exhibit C to the Complaint is not my handwriting and is not my signature.

6.

. I do not recall seeing a copy of the Guaranty of the September 4, 2015 Lease Agreement that is included in Exhibit C to the Complaint prior to my receipt of the Complaint. I did not authorize Defendant Ronald E. Mays or anyone else to

2

print my name or the name of Miracle Arena on the Guaranty of the September 4, 2015 Lease Agreement that is attached as a part of Exhibit C to the Complaint and the Amended Complaint

7.

I have reviewed the Amended Complaint, including Paragraph 15(iv), which alleges that I had a telephone call or calls with BALI, including a call on or about May 6, 2016. The May 6, 2016 telephone call was initiated by BALI, not me. I do not recall any other telephone conversations with BALI.

8.

I have examined Exhibit H to the Amended Complaint, which is a cashier's check in the amount of $15,000.00. I did not send this cashier's check to BALI or anyone else. I do not have an account at Wells Fargo or any other bank in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, this 8th of August, 2016.

_____
Martin Kofi Danso