IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BUSINESS AIRCRAFT LEASING, INC., | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| BRIAN CARN MINISTRIES, INC.; | ) | CIVIL ACTION NO. |
| MIRACLE ARENA FOR ALL NATIONS; | ) | 3:16-cv-01577 |
| BRIAN CARN; MARTIN KOFI DANSO; | ) | |
| RONALD E. MAYS; CITY JET, INC. | ) | |
| MICHAEL CARASTRO; and | ) | |
| APOLLO FLIGHT TRAINING & | ) | |
| AIRCRAFT MANAGEMENT, LLC | ) | |
| d/b/a APOLLO AVIATION, | ) ) | |
| Defendants. | ) | |

## **DECLARATION OF BRIAN CARN**

I, Brian Carn, hereby declare and state the following:

1.

My name is Brian Carn. I am over the age of 21 years and I am competent to give this declaration. My home address is 429 East Kesley Lane, St. Johns, Florida, and I am a citizen and resident of Florida. I am giving this declaration for all purposes authorized by law.

1

2.

I have resided at the address located at 429 East Kesley Lane, St. Johns, Florida for the past year. I do not reside with my mother, Andea Carn, at 8378 Hedgewood Drive, and I have not resided at this address for at least a year. My mother has never been authorized to accept service of lawsuits on my behalf or on behalf of Brian Carn Ministries, Inc. In fact, my mother has no association or affiliation with Brian Carn Ministries.

3.

I do not own any property in the State of Tennessee.

4.

I travel to Tennessee only once or, at most, twice per year on behalf of Brian Ministries for the purpose of conducting ministerial and pastoral services. My only remuneration for these services are voluntary, goodwill offerings. I do not maintain any associations or affiliations with any churches, congregations or other entities in the State of Tennessee. I have not travelled to Tennessee in connection with any of the allegations made in Plaintiff's Complaint or Amended Complaint.

5.

I did not sign the Guaranty to the September 4, 2015 Aircraft Lease Agreement, attached as Exhibit D to the Complaint. The printed handwriting on Exhibit D to the Complaint is not my handwriting and is not my signature. Furthermore, I did not authorize anyone to sign or print my name on this Guaranty. The first time that I even saw this Guaranty was as an Exhibit to Plaintiff's Complaint in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, this 19th of September, 2016.

_____
Brian Carn

3