```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675050148
Cashier ID: amorgan
Transaction Date: 04/30/2018
Payer Name: Wesley Pitters PC
----------------------------------
PRO HOC VICE
 For: Wesley Pitters PC
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:       $75.00
----------------------------------
Paper Check Conversion
 Amt Tendered:  $75.00
----------------------------------
Total Due:     $75.00
Total Tendered: $75.00
Change Amt:    $0.00

Amardo Pitters, 3:16-cv-1577
```