# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **BUSINESS AIRCRAFT LEASING, INC.,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:16-cv-01577 ) Judge Campbell/Magistrate Judge ) Brown |
| **BRIAN CARN MINISTRIES, INC.; MIRACLE ARENA FOR ALL NATIONS; BRIAN CARN; MARTIN KOFI DANSO; RONALD E. MAYS; CITY JET, INC.,** | ) ) ) ) ) |
| Defendants. | ) ) |

## [PROPOSED] CONSENT ORDER OF DISMISSAL

The Court having been informed that all parties, by and through their counsel of record, hereby consent to the entry of this Consent Order of Dismissal,

IT IS HEREBY ORDERED AND ADJUDGED, as follows:

Plaintiff's claims against defendants Brian Carn Ministries, Inc, Brian Carn, Ronald E. Mays and City Jet, Inc., are hereby dismissed *with* **prejudice** and with each litigant to bear its own fees and expenses; and

Plaintiff's claims against defendants Martin Kofi Danso and Miracle Arena for All Nations, are hereby dismissed *without* **prejudice**.

This __ day of June, 2018.

_____
JOE B. BROWN
UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:

**BRIAN H. MELDRUM, ESQ.**

/s/Brian H. Meldrum
Brian H. Meldrum
Counsel for Plaintiff




**DONALD R. ANDERSEN**

/s/Donald R. Andersen
Donald R. Andersen, Esq.
Counsel for Defendants Brian Carn
Ministries, Inc, Brian Carn, Kofi Martin
Danso, and Miracle Arena for All Nations




**A. WESLEY PITTERS, ESQ.**

/s/A. Wesley Pitters
Donald R. Andersen, Esq.
Counsel for Defendants Ronald E. Mays and
City Jets, Inc.


30135889 v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2018, a copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system to all parties indicated on the electric filing receipt, by Electronic Mail to counsel for all parties listed below.

Brian H. Meldrum, Esq.
Kaplan Johnson Abate & Bird, LLP
710 West Main Street
Louisville, KY 40402
bmeldrum@kaplanjohnsonlaw.com
Counsel for Plaintiff

Donald R. Andersen
Taylor English Duma, LLP
1600 Parkwood Cir., Ste 200
Atlanta, Georgia 30339
dandersen@taylorenglish.com
Counsel for Defendants Brian Carn, Brian Carn Ministries, Inc.
Martin Kofi Danso and Miracle Arena for All Nations

A. Wesley Pitters
A. WESLEY PITTERS, P.C.
1145 South Perry Street
Post Office Box 1973
Montgomery, Alabama 36102
awpitters@pitterslawfirm.com
Counsel for Defendants Ronald E. Mays and City Jet, Inc.

/s/ Donald R. Andersen
Donald R. Andersen