# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| BUSINESS AIRCRAFT LEASING, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 3:16-cv-01577 |
| BRIAN CARN MINISTRIES, INC., et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

## ORDER

The parties have filed a Proposed Consent Order of Dismissal (Doc. No. 87), indicating Plaintiff's claims against Defendants Brian Carn Ministries, Inc., Brian Carn, Ronald E. Mays, and City Jet, Inc. should be dismissed with prejudice, and that all claims against Defendants Martin Kofi Danso and Miracle Arena for All Nations should be dismissed without prejudice.

Accordingly, this action is **DISMISSED**, with prejudice, as to Defendants Brian Carn Ministries, Inc., Brian Carn, Ronald E. Mays, and City Jet, Inc. This Order shall constitute the final judgment as to these Defendants pursuant to Fed. R. Civ. P. 58. This action is **DISMISSED,** without prejudice, as to Defendants Martin Kofi Danso and Miracle Arena for All Nations. All pending motions are denied, as moot, and the Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE