UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Business Aircraft Leasing, Inc.

                              Plaintiff,

v.                                            Case No.: 3:16–cv–01577

Brian Carn Ministries, Inc., et al.

                              Defendant,

## **ENTRY OF JUDGMENT**

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/20/2018 re [88].

                                                                     Keith Throckmorton, Clerk
                                                             s/ Jessica Wayman, Deputy Clerk